# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:15-MJ-1036    **At:** Knoxville, TN    **Date:** July 23, 2015

**Style: United States of America    vs    Erica J. Reynolds**

---

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | FTR | Corey Miller |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| Jennifer Kolman | Bobby Hutson, Jr. |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**Others Present: USMS, CSO,**

**Proceedings:** Initial Appearance on Rule 5 proceeding. The defendant is sworn and advised of rights and charges alleged within the Indictment from the U.S. District Court in the Western District of Virginia. The defendant submits and the Court approves a financial affidavit. Federal Defender Bobby Hutson, Jr. is appointed to represent the defendant. The defendant waived her right to an identity hearing in this district. Defendant released on conditions pending a hearing in the Western District of Virginia. Order to follow.

**Time:** 4:50   **to**   5:10